# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| **RIAR'S INC. AND SAMMIE RIAR, d/b/a RIAR'S CATERING COMPANY, INC.**<br><br>    Plaintiffs,<br><br>v.<br><br>**STATE AUTOMOBILE MUTUAL INSURANCE COMPANY**<br><br>    Defendant. | No. 2:15-cv-02369-SHL-cgc<br>**12 PERSON JURY DEMAND**<br>Judge Sheryl H. Lipman<br>Magistrate Judge Charmiane G. Claxton |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action, having reached settlement of all claims, hereby stipulate that plaintiffs' action against defendant is voluntarily Dismissed with Prejudice. Each party shall bear its own attorneys' fees, court costs, and discretionary costs.

Respectfully submitted,

s/E. Jason Ferrell
**PARKS T. CHASTAIN**
Registration No. 13744
**E. JASON FERRELL**
Registration No. 24425
Attorneys for Defendant, State Automobile Mutual Insurance Company

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
DIRECT:  (615) 630-7717 (PTC)
DIRECT:  (615) 630-7716 (EJF)
pchastain@bkblaw.com
jferrell@bkblaw.com

SA Riar's Inc Stip Vol Dismiss 150728
0450 15293

        s/Larry A. Weissman
**LARRY A. WEISSMAN**
Registration No. 008527
Attorney for Plaintiffs, Riar's, Inc. and
Sammie Riar, d/b/a Riar's Catering Company, Inc.

Eastgate Office Bldg., Suite 600
5118 Park Avenue
Memphis, TN 38117
901-763-2134
larry@memphislawfirm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2015, a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Larry A. Weissman, Esquire
Eastgate Office Bldg., Suite 600
5118 Park Avenue
Memphis, TN 38117

        s/ E. Jason Ferrell
        **E. JASON FERRELL**

EJF:dmt