# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| RIAR'S INC. AND SAMMIE RIAR, d/b/a<br>RIAR'S CATERING COMPANY, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br><br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 2:15-cv-02369-SHL-cgc<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

The Court, having been notified by the parties by Stipulation of Voluntary Dismissal with Prejudice (ECF No. 16), that the case had been fully settled and compromised and should be dismissed,

It is, hereby, ORDERED, that this case is dismissed with prejudice.  Each party will bear their own discretionary costs.

**IT IS SO ORDERED,** this 11th day of August, 2015.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                UNITED STATES DISTRICT JUDGE