IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| RIAR'S INC. and SAMMIE RIAR, d/b/a RIAR'S CATERING COMPANY, INC., <br><br>       Plaintiffs, <br><br> v. <br><br><br> STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, <br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:15-cv-2369-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed June 1, 2015,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Voluntary Dismissal with Prejudice (ECF No. 16), filed August 11, 2015 and Order of Dismissal (ECF No. 17), filed August 11, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiffs against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 11, 2015
Date